**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**ANTHONY LEE,**

        **Plaintiff(s),**        **CASE NUMBER: 06-10983
HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On October 20, 2006, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation **[Doc. 12]** recommending that the Court grant Defendant's Motion for Summary Judgment **[Doc. 11]** and deny Plaintiff's Motion for Summary Judgment **[Doc. 8]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendant's Motion for Summary Judgment and DENIES Plaintiff's Motion for Summary Judgment.

        **IT IS SO ORDERED.**

        S/Victoria R. Roberts
        **VICTORIA A. ROBERTS**
**Dated: December 5, 2006**        **UNITED STATES DISTRICT COURT**

**2:06-cv-10983-VAR-RSW   Doc # 13   Filed 12/05/06   Pg 2 of 2   Pg ID 415**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 5, 2006.**

**S/Carol A. Pinegar**
**Deputy Clerk**